IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO GILLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:12-CV-676-WKW |
| | )                 [WO] |
| J.C. GILES, JOSEPH WRIGHT, | ) |
| DOROTHY SCOTT, CAROLYN | ) |
| LONGMIRE, and LINDA NELSON, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On August 17, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 5) regarding Plaintiff's Motion for Preliminary Injunction (Doc. # 1). No timely objections have been filed. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1.  The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

2.  Defendant's Motion for Preliminary Injunction (Doc. # 1) is DENIED; and

3.  This case is REFERRED back to the Magistrate Judge for further proceedings on Plaintiff's claims.

DONE this 2nd day of October, 2012.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE