IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALPHONSO GILLIS, # 275 689,      )
                                 )
            Plaintiff,            )
                                 )
      v.                          )      CASE NO. 2:12-CV-676-WKW
                                 )              [WO]
J.C. GILES, JOSEPH WRIGHT,        )
DOROTHY SCOTT, CAROLYN            )
LONGMIRE, and LINDA NELSON,       )
                                 )
            Defendants.           )

## ORDER

On October 31, 2012, the Magistrate Judge filed a Report and Recommendation (Doc. # 14) regarding Plaintiff's claims against Defendant Linda Nelson and his conspiracy claim against all named Defendants. No timely objections have been filed. Based upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, it is ORDERED as follows:

1.      The Recommendation of the Magistrate Judge (Doc. # 14) is ADOPTED;

2.      Plaintiff's complaint against Defendant Nelson is DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii), and the Clerk of the Court is DIRECTED to terminate Defendant Nelson;

3.     Plaintiff's conspiracy claims against each named Defendant is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

4.     With respect to the remaining Defendants and remaining claims, this case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 28th day of November, 2012.

_____/s/ W.  Keith Watkins_____
CHIEF UNITED STATES DISTRICT JUDGE