IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALPHONSO GILLIS,<br># 275 689,<br><br>    Plaintiff,<br><br>v.<br><br>J.C. GILES, Warden, JOSEPH WRIGHT, COI DOROTHY SCOTT, and CAROLYN LONGMIRE,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 2:12-CV-676-WKW<br>)               [WO]<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On August 20, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 42.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that Defendants' motion for summary judgment (Docs. # 25, 41) is GRANTED.

A separate final judgment will be entered.

DONE this 25th day of September, 2015.

                                          /s/ W. Keith Watkins
                            CHIEF UNITED STATES DISTRICT JUDGE