IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALPHONSO GILLIS, # 275689,      )
      )
      Plaintiff,      )
      )
      v.      )      CASE NO. 2:12-CV-676-WKW
      )      [WO]
J.C. GILES, *et al.*,      )
      )
      Defendants.      )

## ORDER

On August 20, 2015, the Magistrate Judge filed a Recommendation (Doc. # 42) that the court adopted by order (Doc. # 47) entered on September 25, 2015. Plaintiff filed a motion for extension of time to file objections (Doc. # 59) stating that he had only recently received a copy of the Recommendation and had limited access to the law library. The court extended the time for Plaintiff to file an objection to the Recommendation to December 23, 2015 (Doc. # 60).

On December 22, 2015, Plaintiff filed an objection to the recommendation (Doc. # 61) and a motion to voluntarily dismiss the case (Doc. #62). Based upon an independent review of the record and the objection, the objection is without merit.

Accordingly, Plaintiff's objection (Doc. # 61) is OVERRULED and the motion to voluntarily dismiss (Doc. # 62) is DENIED as moot.

DONE this 6th day of January, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE